UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CORINTHIAN LOYLESS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-CV-239 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| VANDER OLIVEIRA d/b/a ANGELO'S | ) | |
| STEAK HOUSE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons stated in the Court's accompanying memorandum and United States Magistrate Judge Susan K. Lee's report and recommendation (Court File No. 56), the Court **GRANTS** Plaintiff Corinthian Loyless's ("Plaintiff") motion for default judgment (Court File No. 71), **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 56) and hereby **ENTERS JUDGMENT** in favor of Plaintiff against Defendants Vander Oliveira, Jane Oliveira, and Stephen Oliveira, jointly and severally, in the amount of $77,849 along with attorney's fees and costs to be separately determined. The Court further **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**