UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CORINTHIAN LOYLESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:09-cv-239 |
| v. | ) |
| | ) Chief Judge Curtis L. Collier |
| VANDER OLIVEIRA d/b/a ANGELO'S STEAK HOUSE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On February 17, 2012, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 83). None of the parties objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 83). Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion for attorney's fees and costs (Court File No. 76), and **AWARDS** attorney's fees to Plaintiff in the amount of $30,660.00 for 102.2 hours expended at $300 an hour. The Court also **AWARDS** Plaintiff an additional 3% fee for the time spent filing the motion, or $919.80, for a total award of attorney's fees in the amount of $31,579.80.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**